# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                          **CASE NO: 6:22-mj-1312-EJK**

**JAMES HARMON YARBROUGH**

_____

AUSA: Kara Wick
Defense Attorney: Thomas Sommerville
(Limited Appearance)

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **April 5, 2022**<br>2:23 P.M.- 2:44 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 21 minutes |
| DEPUTY CLERK: | T. LeGros | REPORTER: | Digital<br>Orlando_Digital_Transcripts@<br>flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL: | Juan Cabrera |

### CLERK'S MINUTES
### INITIAL APPEARANCE
#### (Rule 5C - Southern District of California)

**Defendant was arrested today**

Case called, appearances made, procedural setting by the Court.
Counsel making a limited appearance for the IA today in this district.
Court advises defendant of his rights, including Rule 20 rights.
Defendant orally waives identity hearing.
Government advises defendant of the count in the Indictment and potential penalties
Government oral motion for release- Motion granted- Order to enter.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Court adjourned.