# United States District Court
## Middle District of Florida
### Orlando Division

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:22-mj-1312-EJK

**JAMES HARMON YARBROUGH**

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

James Harmon Yarbrough, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Indictment from Southern District of California was held on April 5, 2022.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that JAMES HARMON YARBROUGH is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that JAMES HARMON YARBROUGH answer in the district court in which the prosecution is pending.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 5, 2022.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE