# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

Elizabeth M. Warren
Clerk of Court

Benjamin C. Wynn
Orlando Division Manager

## UNITED STATES OF AMERICA

VS.                                    CASE NO: 6:22-mj-1312-EJK

## JAMES HARMON YARBROUGH

### NOTICE OF SURRENDERED U.S. PASSPORT

To:   U.S. Department of State
      CA/PPT/L/LA
      44132 Mercure Circle
      PO Box 1227
      Sterling, VA 20166-1227

**PURSUANT** to the Court's order entered on April 5, 2022, in the above styled case, the Defendant's passport, **Number 513085103** was surrendered to the custody of the Clerk of Court on April 6, 2022. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | October 2, 1959 |
| Defendant's place of birth: | Florida, USA |
| Passport received from: | James Harmon Yarbrough |
| Passport issued to: | James Harmon Yarbrough |
| Date of issuance: | November 20, 2013 |

ELIZABETH M. WARREN, CLERK

By *S. M.*
S M, Deputy Clerk

April 6, 2022

Original to Case File
c:   Counsel and Unrepresented Defendant
     Pretrial Services (if before Judgment)
     Probation Office (if after Judgment)
     Appropriate Agency Listed Above
     Passport Coordinator